**Law Offices of J. Frank George**
J. Frank George (Bar No. 049968)
912 Lootens Place, 2nd Floor
San Rafael, CA 94901
Telephone: (415) 721-2040
Facsimile: (415) 456-5887

**Law Office of Daniel J. Woodworth**
Daniel J. Woodworth (Bar No. 226511)
P.O. Box 1273
Pacifica, California 94044
Telephone: (650) 359-3975

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMRA DUREN, ANNIE JONES, DEBBIE LEWIS, GALE WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, DR. GAREN VONG,<br><br>Defendants, | No. C 06-00634 JL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT CALIFORNIA DEPARTMENT OF CORRECTIONS FROM THE FIRST AND SECOND CAUSES OF ACTIONS ARISING FROM 42 U.S.C. §1983.** |

The respective parties, through their attorneys undersigned, hereby stipulate as follows:

1. The complaint shall be amended to read that Defendant California Department of Corrections is dismissed from the first and second causes of actions arising from 42 U.S.C. §1983.

Nothing in this Stipulation waives any defenses that Defendant California Department of

//

Corrections may assert, including immunity under the Eleventh Amendment.

SO STIPULATED:

Dated: April 11, 2006        /s/ Frank George
                             J. Frank George
                             Attorney for plaintiff

Dated: April 11, 2006        /s/ Daniel Woodworth
                             Daniel J. Woodworth
                             Attorney for plaintiff

Dated: April 11, 2006        /s/ Jennifer Nygaard
                             Jennifer J. Nygaard
                             Attorney for Defendant California
                             Department of Corrections

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: April 11, 2006        /s/ Daniel Woodworth
                             Daniel J. Woodworth
                             Attorney for plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 13, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

Stip. & Order Dismiss CDC                    Duren, et. al. v. CDCR, et. al.
                                             Case No. C 06-00634 JL

-2-