UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SAMBRA DUREN, et al.

          Plaintiff(s),

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.

          Defendant(s).
_____/

CASE NO. C 06-00634-MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   MEDIATION
Vincent B. McClorg, Esq.

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   90 days from date (6/5/06) of defendant's Rule 12(b)(6) Motion

Dated:_____

Dated: April 21, 2006

                                    Attorney for Plaintiff

                                    J. RANDALL ANDRADA
                                    Attorney for Defendant

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
— Private ADR

Deadline for ADR session
    — 90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: April 26, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA