1  **Law Offices of J. Frank George**
2  J. Frank George (Bar No. 049968)
   912 Lootens Place, 2nd Floor
3  San Rafael, CA 94901
   Telephone: (415) 721-2040
4  Facsimile: (415) 456-5887

5
   **Law Office of Daniel J. Woodworth**
6  Daniel J. Woodworth (Bar No. 226511)
   P.O. Box 1273
7  Pacifica, California 94044
   Telephone: (650) 359-3975
8

9  Attorneys for Plaintiffs

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13

14  SAMRA DUREN, ANNIE JONES,      )    No. C 06-00634 MHP
    DEBBIE LEWIS, GALE WILLIAMS,   )
15                                 )
                                   )
16      Plaintiffs,                )    **NOTICE OF DISMISSAL OF**
                                   )    **DEFENDANT CALIFORNIA**
17  v.                             )    **DEPARTMENT OF CORRECTIONS**
                                   )
18  CALIFORNIA DEPARTMENT OF       )
    CORRECTIONS, DR. GAREN VONG,   )
19                                 )
                                   )
20      Defendants,                )
                                   )
21  _____)

22

23                         **NOTICE OF DISMISSAL**

24  ///

25  ///

26  ///

27  ///

28  ///

1  PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2  Procedure, hereby dismiss Defendant California Department of Corrections from this action.

4  Dated: May 11, 2006            /S/ Frank George
                                  J. Frank George
                                  Attorney for Plaintiffs

7  Dated: May 11, 2006            /S/ Daniel Woodworth
                                  Daniel J. Woodworth
                                  Attorney for Plaintiffs

10 I hereby attest that I have on file all holograph signatures for any signatures indicated by a
11 "conformed" signature (/S/) within this efiled document.

13 Dated: May 11, 2006            /S/ Daniel Woodworth
                                  Daniel J. Woodworth
                                  Attorney for Plaintiffs

May 16, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA