J. RANDALL ANDRADA (SBN 70000)
BRENDAN KENNY (SBN 237969)
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 925
Oakland, California  94612
Tel.:    (510) 287-4160
Fax:    (510) 287-4161
E-mail:  bkenny@andradalaw.com

Attorneys for Defendant
GAREN VONG, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAMRA DUREN, ANNIE JONES, DEBBIE LEWIS, GALE WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, DR. GAREN VONG,,<br><br>Defendants. | Case No.:  C 06 0634 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION**<br><br>Action Filed:   January 30, 2006 |

THE PARTIES TO THIS ACTION, BY AND THROUGH THEIR COUNSEL OF RECORD,

STIPULATE AS FOLLOWS:

     1.    Plaintiffs SAMRA DUREN, ANNIE JONES, DEBBIE LEWIS, and GALE

WILLIAMS shall dismiss without prejudice defendant DR. GAREN VONG to refile

their action in the appropriate State court; and

     2.    Defendant DR. GAREN VONG waives service of process in the forthcoming State court

action; and

     3.    Defendant DR. GAREN VONG waives all appropriate provisions of the California Tort

Claims Act and the California Code of Civil Procedure that would bar the forthcoming

1

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

1    State court action.

2

3    IT IS SO STIPULATED.

4    Dated: _____5/22/06_                    LAW OFFICES OF J. FRANK GEORGE

5

6                                              By__/s/_____
                                                      J. Frank George
7                                                     Attorney for Plaintiff

8    Dated: _____5/19/06__                    LAW OFFICE OF DANIEL J. WOODWORTH

9

10

11                                             By_/s/_____
                                                      Daniel J. Woodworth
                                                      Attorney for Plaintiff
12

13   Dated: _____5/21/06                      ANDRADA & ASSOCIATES

14

15                                             By _/s/_____
                                                      J. Randall Andrada
16                                                    Attorneys for Defendant
                                                      GAREN VONG, M.D.
17

18          I hereby attest that I have on file all holograph signatures for any signatures indicated by a

19   "conformed' signature (/s/) within this e-filed document.

20

21   Dated: 5/21/06                            By__/s/_____
                                                      J. Randall Andrada
22                                                    Attorney for Defendant
                                                      GAREN VONG, M.D.
23

24

25   IT IS SO ORDERED

26

27   Dated: _May 23, 2006___                   _____
                                               MARILYN H. PATEL, JUDGE
28                                             UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Marilyn H. Patel

                                        2

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION

{00044650.DOC/}0599

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION
USDC ND C 06 0634 JL